# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JASON BREZEE,

    Plaintiff,

vs.

        Case No. 3:22-cv-409-MMH-PDB

CALIBER HOLDINGS LLC
d/b/a CALIBER COLLISION
CENTERS,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on August 14, 2023.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

2.    Each party shall bear its own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of August, 2023.

                                                MARCIA MORALES HOWARD
                                                United States District Judge

ja

Copies to:

Counsel of Record